

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CAMPBELL COUNTY HOSPITAL, DISTRICT D/B/A CAMPBELL COUNTY HEALTH,<br><br>Plaintiff,<br><br>vs.<br><br>UTAH MEDICAL INSURANCE ASSOCIATION,<br><br>Defendant.<br><br>APRIL POLK,<br><br>Intervenor-Plaintiff | Case No. 20-CV-206-SWS |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the oral ruling on December 20, 2021, Defendant's *Motion for Summary Judgment* (ECF No. 38) is GRANTED as to the issue of reformation. This Court will allow reformation of Policy 48 as to the original meaning of both parties.

Additionally, Plaintiff's *Motion for Summary Judgment* (ECF No. 40) is GRANTED as to the joint issue of reformation but DENIED as to UMIA's waiver of coverage defenses.

The oral ruling is fully incorporated by this reference.

IT IS HEREBY ORDERED that final judgment is entered in accordance with this order and this action is DISMISSED.

Dated this 20th day of December, 2021.

Scott W. Skavdahl
United States District Judge